# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL FARRINGTON, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS, PA et al., | : | No. 17-5826 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 16th day of May, 2018, upon consideration of PrimeCare Medical's Motion to Dismiss (Doc No. 15) and the Response in Opposition (Doc. No. 29), Bucks County's Motion to Dismiss (Doc. No. 16) and the Response in Opposition (Doc. No. 28), and oral argument held on April 30, 2018, it is **ORDERED** that the Motions to Dismiss (Doc. Nos. 15 & 16) are **GRANTED IN PART** and **DENIED IN PART** as outlined in the Court's May 16, 2018 memorandum opinion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE