# EXHIBIT B

| | |
|---|---|
| **From:** | Harry Oxman |
| **Sent:** | Tuesday, October 8, 2019 3:47 PM |
| **To:** | 'Ninosky, John R.' |
| **Subject:** | Farrington |
| **Attachments:** | Ltr to John Ninosky, Esquire.pdf; Release - Executed.pdf; OGK-W9.pdf; Stipulation.pdf |

Please see attached settlement documents. If you need anything further please advise. Thank you for your courtesies in this matter.

Vty,
Harry J. Oxman
OXMAN GOODSTADT KURITZ, PC
1015 Chestnut Street
Suite 1500
Philadelphia, PA 19107
(215) 665-9999
(215) 569-8811 - Fax