# EXHIBIT C



# OXMAN GOODSTADT KURITZ P.C.
## ATTORNEYS AT LAW

1015 CHESTNUT STREET, SUITE 1500
PHILADELPHIA, PA 19107-4315

WWW.OGKLAWYERS.COM

TEL: 215-665-9999 • FAX: 215-569-8811

HARRY J. OXMAN
SHELDON A. GOODSTADT *
DAVID KURITZ *†

JOSEPH S. OXMAN
DAWNA M. COFFEY *

* ALSO MEMBER OF NJ BAR
† ALSO MEMBER OF FLA BAR

OF COUNSEL
FRANCES M. MINNIS
TODD A. GOODMAN*
DANIEL I. WARD*†

October 8, 2019

*Via Mail and Email*
John R. Ninosky, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
100 Corporate Center Drive, Suite 201
Harrisburg, PA 17011

Re: ***Michael Farrington vs. PrimeCare Medical, Inc., et al.***
***U.S. District Court for the Eastern District***
***Docket No.: 17-5826***

Dear Mr. Ninosky:

With reference to the above matter, enclosed please find the duly executed and witnessed Release in the amount of $355,000.00. I am also enclosing a W-9 form executed by me on behalf of my law firm. The settlement draft should be made payable to Michael Farrington and the law firm of Oxman Goodstadt Kuritz, P.C.

Also enclosed you will find the Stipulation of Counsel for Dismissal of Individual Medical Defendants which I have executed.

I would like to thank you for your courtesies and cooperation in this matter.

Very truly yours,

HARRY J. OXMAN

HJO/pas
Enclosures