# EXHIBIT D

Close Window

# THE COURTS

## Title 231—RULES OF CIVIL PROCEDURE

### PART I. GENERAL

[ 231 PA. CODE CH. 200 ]

**Damages for Delay**

[49 Pa.B. 169]
[Saturday, January 12, 2019]

### Annex A

### TITLE 231. RULES OF CIVIL PROCEDURE

### PART I. GENERAL

### CHAPTER 200. BUSINESS OF COURTS

**Rule 238. Damages for Delay in an Action for Bodily Injury, Death or Property Damage.**

* * * * *

**Addendum to Explanatory Comment (2019)**

The prime rate as set forth in the first edition of the *Wall Street Journal* for a particular year is the basis for calculating damages for delay under Pa.R.C.P. No. 238 as revised November 7, 1988. The prime rate published in the first edition of the *Wall Street Journal* for each of the years specified is as follows:

| Date of Publication | Prime Rate Percentage |
|---|---|
| January 2, 2019 | 5 1/2 |
| January 2, 2018 | 4 1/2 |
| January 3, 2017 | 3 3/4 |
| January 4, 2016 | 3 1/2 |
| January 2, 2015 | 3 1/4 |
| January 2, 2014 | 3 1/4 |
| January 2, 2013 | 3 1/4 |
| January 3, 2012 | 3 1/4 |
| January 3, 2011 | 3 1/4 |

| Date | Rate |
|---|---|
| January 4, 2010 | 3 1/4 |
| January 2, 2009 | 3 1/4 |
| January 2, 2008 | 7 1/4 |
| January 2, 2007 | 8 1/4 |
| January 3, 2006 | 7 1/4 |
| January 3, 2005 | 5 1/4 |
| January 2, 2004 | 4 |
| January 2, 2003 | 4 1/4 |
| January 2, 2002 | 4 3/4 |
| January 2, 2001 | 9 1/2 |
| January 3, 2000 | 8 1/2 |
| January 4, 1999 | 7 3/4 |
| January 2, 1998 | 8 1/2 |

*Official Note*: The prime rate for the years 1980 through 1997 may be found in the Addendum to the Explanatory Comment published in the **[*Pennsylvania Bulletin*, volume 33, page 634 (2/1/03)]** *Pennsylvania Bulletin*, **33 Pa.B. 634 (February 1, 2003)**, and on the web site of the Civil Procedural Rules Committee at http://www.pacourts.us.

*By the Civil Procedural*
*Rules Committee*

DAVID L. KWASS,
Chair

[Pa.B. Doc. No. 19-38. Filed for public inspection January 11, 2019, 9:00 a.m.]

No part of the information on this site may be reproduced for profit or sold for profit.

This material has been drawn directly from the official *Pennsylvania Bulletin* full text database. Due to the limitations of HTML or differences in display capabilities of different browsers, this version may differ slightly from the official printed version.

Bottom