DATE OF NOTICE:  January 16, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL FARRINGTON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COUNTY OF BUCKS, PA et al.** | : | |
| *Defendant(s).* | : | **NO.  17-5826** |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTION TO COMPEL PAYMENT OF SETTLEMENT FUNDS** (Docket No. 70) is scheduled to be held on **JANUARY 24, 2020**, at **3:00** in **10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Susan Flaherty*
SUSAN FLAHERTY
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Copies sent by ECF to:**

Dawna M. Coffey, Esquire
George H. Knoell, III, Esquire
Karen E. Minehan, Esquire
John R. Ninosky, Esquire
Harry J. Oxman, Esquire
Suzanne M. Utke, Esquire