IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL FARRINGTON,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **COUNTY OF BUCKS, PA et al.,** | : | **No. 17-5826** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 10th day of February, 2020, upon consideration of Plaintiff's motion to compel the payment of settlement funds (Doc. No. 70), and the parties' letter representing that they have mutually agreed to a resolution to the motion, it is **ORDERED** that the motion (Doc. No. 70) is **DEEMED MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1